IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MAURICE J. PAOLA,

               Defendant.

**WITNESS LIST**

Case No.   4:18CR3069
Deputy:    Jeri Bierbower
Reporter:  Digital Recorder
Date:      September 10, 2018

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Peter Rosenberg | 9/10/2018 |
|  |  |