IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 SEP 18 PM 4:07

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3128 |
| vs. | INDICTMENT |
| MAURICE J. PAOLA, | 49 U.S.C. § 46504 |
| Defendant. | 49 U.S.C. § 46506 & 18 USC § 113 |

The Grand Jury charges that

## COUNT 1

On or about the 3rd day of September, 2018 in the District of Nebraska, the defendant, Maurice J. Paola, on an aircraft in the special aircraft jurisdiction of the United States, namely, Gulfstream GLF4 passenger jet, tail number N702GH bound for White Plains, New York from Las Vegas, Nevada, did knowingly interfere with the performance of the duties of, a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant, pilots, and passengers by means of cursing, throwing items, pounding his fists and head on windows and passenger seats, and directly threatening to kill those on board.

In violation of Title 49 United States Code Section 46504.

## COUNT 2

On or about the 3rd day of September 2018, in the District of Nebraska and within the special aircraft jurisdiction of the United States, namely, a Gulfstream GLF4 twelve passenger jet, tail number N702GH bound for White Plains, New York, from Las Vegas, Nevada, defendant Maurice J. Paola did assault Victim #1, a minor and passenger, with the intent to

commit a felony, namely to interfere with duties of a flight or crew member as further alleged above.

In violation of Title 18 United States Code Section 113(a)(2) and Title 49 United States Code Section 46506.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*Tessie Smith*
TESSIE L.S. SMITH #25828
Assistant United States Attorney