IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MAURICE J. PAOLA,<br><br>　　　　　　Defendant. | 4:18CR3128<br><br><br>ORDER |

Based on the information in the pretrial services report and the court's observations, Defendant may be mentally unable to effectively assist defense counsel in defending this case. Defense counsel intends to privately retain an expert to evaluate Defendant's competence.

Accordingly,

IT IS ORDERED:

1)　This case will not be scheduled for trial at this time.

2)　Pursuant to 18 U.S.C. § 3161(h)(1)(A) & (h)(4), the time between September 20, 2018 and a judicial determination that Defendant is competent and capable of assisting in the defense of this case, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

September 21, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge