IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MAURICE J. PAOLA,<br><br>               Defendant. | 4:18CR3128<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 1st day of November, 2018.

                                                  UNITED STATES OF AMERICA, Plaintiff

                                                  JOSEPH P. KELLY
                                                  United States Attorney
                                                  District of Nebraska

                                  By:    s/ Tessie L.S. Smith
                                                  TESSIE L.S. SMITH, #25828
                                                  Assistant U.S. Attorney
                                                  487 Federal Building
                                                  100 Centennial Mall North
                                                  Lincoln, NE  68508-3865
                                                  Tel:  (402) 437-5241
                                                  Fax:  (402) 437-5390

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2018, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

                                             s/ Tessie L.S. Smith
                                             TESSIE L.S. SMITH #25828