# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 4:18CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| | ) | |
| **MAURICE J. PAOLA,** | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Berry Law Firm, and adds the additional appearance of Hannah Carroll-Altman, on behalf of the Defendant Maurice J. Paola.

        Respectfully submitted,
        Maurice J. Paola, Defendant


        /s/ Hannah Carroll-Altman
        Hannah Carroll-Altman, #26553
        BERRY LAW FIRM
        2650 North 48th Street
        Lincoln, NE 68508
        hannah@jsberrylaw.com
        (402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney, by electronically serving a copy of the same via CM/ECF, on this the 9th day of November 2018.

        /s/ Hannah Carroll-Altman
        Hannah Carroll-Altman, #26553