# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MAURICE J. PAOLA,<br><br>        Defendant. | 4:18CR3128<br><br>**ORDER** |

After reviewing the evaluation from the Federal Medical Center, (Filing No. 31), and hearing defense counsel's assessment on this issue, the court finds Defendant now has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

Accordingly,

IT IS ORDERED that Defendant is competent to stand trial.

July 11, 2019.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge